We have a Q&A session afterwards so we want to proceed as promptly and efficiently as we can. Counsel? Yes sir. The next case this morning is United States v. Murphy and that is case number 18-5052. Mr. Ridenour we're ready to hear from you. Thank you sir. Yes. May it please the court and counsel, I'm Robert Ridenour, I'm here from the Northern District of Oklahoma in Tulsa on behalf of Mr. Marco Murphy. The issue posited by the appellant Mr. Murphy in this case is whether the district court erred by denying him the right of confrontation by allowing hearsay in a hearing before Judge Frizzell in Tulsa. Now Marco Murphy had served time in prison and he had been released subsequent to that on supervised release which is a form of probation that federal inmates serve after the release. And while Mr. Murphy was on supervised release it was alleged that he had taken part in some drug dealing and that was grounds enough for the probation office and for the government to decide to bring Mr. Murphy before the district court for a revocation hearing. At that revocation hearing they brought an officer, his name was Officer Leatherman. It was broader than drug dealing wasn't it? That was the gist of it Judge. But doesn't it matter? Well actually sir when I think of it. Are you holding yourself to there having been a drug deal or is it enough that he was using drugs? Well using drugs was not really what the judge relied upon when it came to revocation. I can't recall whether using was necessarily part of the petition actually but I do know that the main reason that Judge Frizzell ultimately revoked him was the allegations about the drug sales. And so at the hearing the government brought Officer Leatherman and Officer Leatherman recounted for Judge Frizzell how there had been a confidential informant who had approached police and said that he believed that my client was engaged in drug sales. And so. But this is at the probation hearing? Yes sir this is the revocation hearing. So hearsay would be properly admissible for those purposes? Judge yes. Unlike trial where the full panoply of constitutional rights are available to a defendant. It's a to the court sort of hearing and in a court sort of hearing in this regard there are still the rights for confrontation still the rights that we expect you know in normal due process. However. We also expect that the lawyer properly representing the client would ask for him or assert him or object or do something other than stand there like a potted plant. Not to let the cat out of the bag but I am the trial lawyer who you are speaking of. Oops. You're the potted plant? I was the potted plant. But I think it might have been a little bit better than that in person. This is the reason I mean for students to know that a lot of times it's better for appellate counsel to argue the case that wasn't the lawyer below. I think that the budding lawyers here should always understand that ultimately they're going to be standing in front of appellate court. So when they're at trial level they better know to make their objections. So they brought Officer Leatherman. So in any event you didn't object you didn't you didn't say hey this is hearsay. Judge please don't listen to hearsay. Here's what I did. OK. They brought Officer Leatherman and Officer Leatherman at first says to is asked by the prosecutor asked did the confidential informant identify Mr. Marco Murphy as the person who would be selling drugs. Now I did object to hearsay at that point. The court ruled said no that's not for the truth of the matter asserted rather it's just to show what the officer did next. I'll acknowledge guys that this was the last time I uttered objection hearsay in that perspective. Now what did happen and the government will argue to the court. Well based upon that the Mr. Ridenour has given up his right to stand before this court and say to the court that this district judge created this error and caused this error. Well we have argued that there might be a name a way that the court actually saved us by virtue of at the end of the hearing or actually at the sentencing hearing. Judge Frizzell chose to make some findings like we talked about the full range of rights aren't available at a revocation hearing however according to federal rules of criminal procedure number 32.1 a person who is the subject of a hearing in this regard may confront or may assert let's see what's it say that one has the right to question any adverse witness unless the court determines in the interest of justice not to allow that person. So while I didn't talk about hearsay again I did raise during the course of the hearing 32.1 which was actually as to an ancillary issue of evidence. However counsel can I just stop there I'm in fact I'm looking at that part of the transcript and you did mention the rule and it had to do with I've got it correctly statements made in the jail recordings. There was a jail phone call from my client to his girlfriend in which the officer Leatherman had obtained the recordings of it and during the course of the revocation in support of this is an issue that my client had engaged in these drug dealings that my client made statements and so I had objected at that point and said that's not best evidence I have the right to at least have that so I can confront it and the judge said you know you're right and then he ended up continuing or allowing the hearing to be to continue until ultimately he did decide that enough evidence had been adduced by a preponderance the evidence to my client. Okay but you started out with best evidence but at some point you landed on rule 32. Yes I did and the Jones case. And the Jones case and that's in the transcript but to the extent that you were raising those things as an objection it was in connection with the jail recordings. Yes and I acknowledge that. And so I guess I mean I know that the judge later at sentencing and I think this is where I interrupted you but the judge later at the sentencing addresses the balancing test under Jones but what I'm having a hard time understanding is how in your brief now the judge applied that test to all of the hearsay that was presented at the hearing. Judge the way that that played out is that like I said that we had the revocation hearing judge says I'm going to revoke you then we show up for sentencing and while I had talked you know addressed those issues somewhat Judge Frizzell at the hearing chose to make the analysis that's contained in Jones as to the balancing of interest whether the government has a sufficient interest not to bring the witness versus my client's right to confront the witness. And Judge Frizzell did in fact go over those issues decided that he balanced it in favor of the government's right not to reveal the confidential the name or the identity of the confidential informant ultimately then said that he had correctly balanced the interest. Now here's what I have to say the government says that by virtue of some cross examination that I engaged in of the officer that I have waived or given up a known right of the ability to now stand before you and say hey I was denied my right to confrontation. Well counsel yes I know that that argument has been made and you you devote pretty much your reply brief to that this Lopez Medina Hernandez yes sir but but even you know apart from the cross examination what if that isn't going to pose any problem to you why wouldn't the fact that you at least at the revocation hearing didn't object to the full scope of the hearsay evidence that was presented there just just the jail I guess just the jail recordings to the extent the rule is rule 32.1 is sort of a hearsay rule. Why aren't we reviewing the hearsay objection at this point for plain error? And I'm talking about all the stuff you didn't object to. Yes. The witness talked about a lot of things without any objection. There were a number there was a number of things that came out about what the confidential informant had said on direct examination. There were a number of things that came out about an alleged trap house where my client had been going back and forth to. Now what it amounted to to me on the ground that day was that I had originally asked the judge whenever it was asked that my client or asked if the officer if if the confidential informant had identified my client and that I then objected to the hearsay at that point because that's the crux that's kind of the key. Did this confidential informant know my client reliably enough that he could be held that we can rely upon his information so afterwards then the government did present all this evidence here's what the confidential informant said here's where this happened here's what we saw. What I can do this argument still goes to issue one whether you're entitled to bring this appeal. Yes. Let's say we spot you that let's let's get past the procedural aspect of it. Yes. Unless you were finished with your previous answer. Well I think I know you were going with that at some point we may get back to the cross examination but yes sir. All right. Assuming or as Judge Gorsuch on our court used to say before he was elevated to the nether regions that he said let's spot you that so we'll spot you issue one. Let's get to issue two. Did the district court abuse its discretion in revoking the supervised release after concluding that the interests of justice did not require the testimony of the confidential informant or additional police officers under 32.1. Well what I would say judge is first the abuse of discretion standard applies to whether given the evidence the court had did he make the right decision to order revocation under a preponderance of the evidence. What I'd like to argue to the court is that by virtue of him not requiring the government to bring this confidential informant and allowing me the opportunity to to cross examine that person that we put it into a different burden of or standard of decision which is whether this court if you find this constitutional error then we get to tell the court okay you government then has to prove that this was harmless beyond a reasonable doubt okay and so that requires me then to show why the judge were I to be right in standing in front of you and claiming that I have the procedural right to make these arguments that would then allow me to say to you that the court did in fact err because in addition to this information that was allowed in addition to what the government has argued I argued that there are certain procedures that confidential informants are used with the police they are typically wired up with a mic so that the police can hear what's going on many times they're provided with a vehicle that has a video camera which can record the transaction between the confidential informant and the alleged suspect there is also mechanism by which they are searched beforehand that a certain amount of money is provided to them but more importantly it wasn't done that well I think everyone would concede that and there's the question I need a precise answer on what particular hearsay statement are you upset about that the CI said that he had bought the cocaine from your client that he identified my guy as the guy who was selling drugs that to him to him yes okay we're that precise it's not he's a drug seller it's that we have these two controlled buys and he sold me this cocaine which I'm handing you right when that police officer showed my guys picture to that confidential informant he says that's the dude that's doing all this we're way beyond that right I'll let it takes to revoke him is for the judge to have the evidence before him and believe it that your client handed cocaine to the CI twice or once even but right that's enough but the court has to ensure that the evidence that he's relying upon to make that decision or that perhaps my client was afforded his constitutional right to test that evidence but I want to get precise I don't want this broad ranging hearsay everywhere okay what I want is because I think this is right maybe you'll disagree it would be enough to revoke him if the officer had come in and said I had my binoculars on him and I saw the whole thing and we have a tape recording of it and so forth you'd be good with that right if they came in with that judge I'd have a much harder time making this argument you couldn't make an argument could you that would be a revocation I always make an but what we do have is the officer testifies and he says after the phone call was made mr. Murphy went to this address and came and met the informant and the controlled by was done right after he left the house on Norfolk cocaine was bought it was tested again it was presumptive positive that all that says that the officer saw what happened but why is it up to you to object in other words with that evidence with their having trailed him with her having put a tracker on his car and seen 40 some visits to Norfolk this this stash house in 12 days and the other evidence they know who it is they've run his license plate it's him why isn't that enough I can only say this judge and after this I'd like to reserve my time I can only say this that all gonna give you two minutes but that doesn't license for you to talk forever yes sir the linchpin ultimately was the identification and so I understand all of what the officers expelled I identified him thanks they knew who it was who drove up and they knew where he'd been to the stash house they knew that there was a car they associated with mr. Murphy and they knew that they associated that house with mr. Murphy and the problem though and there was no testimony that I can recall the government might might correct me but there was no evidence that the officers I sat there and I watched that Murphy who I knew to be Marco Murphy the officers never identified it so my my argument has to do with if we're gonna assume it's mr. Murphy judge then we need to make sure that you have valid reliable evidence in which to make that did you make that argument did you say hey judge at the end I might might have objected on personal knowledge but I didn't and but still I want the benefit I had some foundation arguments but that would have been the best way to pursue it counsel you there's a sentence in your brief that says this mr. Murphy arrived at the by location in a silver Dodge Charger that was registered in his name do you stand by that statement well I believe that that was what the evidence in the light most favorable to the government would have shown okay by virtue of my my my partner putting that in there judge that doesn't mean I'm admitting today that that was my client selling that dope no I understand that but it does say he went he was he went to the by location in the car that was registered to his name do we have that established I can't agree with that I'm from Colorado and I'm tell you get it gonna get your terms right cocaine isn't dope it's good I've been representing folks for 25 years it's a lot easier just to call it dope we does not do may please the court Richard Schella on behalf of the United States let me just ask you right off the bat why isn't that your argument there was plenty of evidence here that he had violated his federal federal state or local law by a using which comes up in the transcript and his I use the thumbnail of banana as he says on the phone and the other jail calls about who's dope it was at Norfolk well why are we doing all of this hearsay exercise and isn't the question whether or not there's sufficient evidence apart from the hearsay let's just get all of that out of there and say is there sufficient evidence for the government to revoke to that question yes your honor I think isn't that your brief then because that's not your brief because as I understood the way the issue was framed for the court your honor the question was whether the district court had abused his discretion in admitting the hearsay testimony under get there why can't you just cut that off and say nice argument we appreciate the need to get there just to be called the residual evidence there was enough residual evidence free of any potential hearsay contained I think that's certainly to the extent that that wasn't briefed I don't think that forecloses the court finding that we could prevail on those grounds to your question your honor the our arguments addressed the arguments raised by the appellant and the the issue presented to the court was whether the district court had abused its discretion in application of rule 32.1 yeah but we're asking you to assume it did take that evidence off the table and tell us why the remaining evidence would still support revocation I think there's I mean that you get there anyway under either a harmless error or a plain error prong three so it's in the case why does the remaining evidence show that there should have been a revocation I'm just repeating judge Phillips question but go ahead I think there's ample evidence your honor that not withstanding the hearsay issue altogether that would support revocation I would direct the court's attention to the GPS tracker device that was deployed on mr. Murphy's car which was which showed as the Norfolk I would direct the the the court to the circumstances of mr. Murphy's arrest where on his person he had a key to that stash house I would further point out what's in that is that in the transcript that he had a key at the arrest that he had a key your honor not that the key itself had access to the Norfolk residence the fact that the key had access to the Norfolk residence is in the record but not the transcript okay when you say the record what are you talking about because the record what is there in the record besides the revocation transcript in addition to the revocation transcript and the sentencing transcript the record includes the police reports that were attached to the petition to revoke that was that was a petition for a search warrant that was going to be another question I mean you reference it in your brief as the petition to revoke but that's a search warrant the the court of revocation finds that had access to that resident at 1043 which is the Norfolk address he had a key to that residence that subsequently search contained a substance testing presumptive positive as cocaine that's correct your honor and that's that's because and and I direct the court to volume 1 page 31 of the record that is the petition for warrant for supervision which stip which spells out the violation which was here a new violation of state or federal law and that petition includes therein the police reports well I you didn't answer my question is that really part of the record that isn't that isn't part of the petition for revocation that's the petition for the warrant I believe your honor that were into semantics issue this is the to revoke it's this is the document that again referring to the petition for warrant under supervision that the court considered as to whether that had the court had before it as to whether a violation had occurred and the the accompanying attachments to the maybe maybe I'm just not understanding how this is supposed to work why doesn't it say petition for revocation frankly your honor I do not understand why that specific terminology is used but I can I can tell your honor that the the petition is using their change of plan there's no separate petition for revocation this would be the petition so that's your it's your argument that the court could properly consider those materials in deciding whether to revoke yes your honor and I think the court could properly consider the attachments to the petition and I think the court did properly consider those attachments and one of them specifically if directing the court to volume 1 page 40 sets out the the fact that after his arrest mr. Murphy had on him keys and that was testified to that he had keys on him during his arrest but the report further says the stash house some form of community center or is he in command and control of the stash house the the record indicates that mr. Murphy had access to the residence hit that there were there was paperwork and documents at the stash house belonging to another individual not mr. Murphy so the record does suggest other people had access to that residence but I would contend the fact that mr. Murphy had a key to the residence coupled with what the tracker showed which was multiple visits short-term visits but multiple visits over of a short window of time to that residence and you contend that those visits are a revocation for a reason to revoke or are you limited to the sale your honor I would contend that those visits a comp paired with the other evidence that was presented by the petition and by the revocation hearing is ample evidence I would I would not argue here today that those visits alone would be adequate basis to revoke but the the visits as indicated by the tracker the possession of the key to the residence and then the search of the didn't the probation have these normally stuff that you shall not frequent places where there are drugs for example yes that'd be enough if he's making 45 visits to stash house I take it that wouldn't be for refreshments you know in the case right I think your honor that could be an identified or you all charged courts limited to what you charge isn't it I think that's a fair assessment your honor to be to be fair it's the probation office that charges the underlying violation based on the conditions and whether there was a violation and here the violation set forth at volume 1 page 31 is a violation of the mandatory condition not to violate state or are set up and they're not done well hope you see that right I mean there's no video there's no audio the officers don't say we were watching with binoculars there's all these open questions that you don't usually see with control by but they do give the CI money the money they monitor and see that mr. Murphy is coming in the car they know is his because they're on the plates had the money back he comes with the cocaine and he says mr. Murphy gave me the cocaine is that the only hearsay comment that matters all of the previous stuff how they came to know mr. Murphy that's not even hearsay is it it's just background information for why they happen to be there that day I think that's to your most recent question your honor I think that's a fair assessment as to it's difficult to parse because of the absence of an objection which specific hearsay is is a let or alleged hearsay is that issue but but I would agree with your honor that much of the testimony was not hearsay okay well we know the big one which is he sold me cocaine Murphy sold me cocaine and we have this kind of a testimony nobody ever asked did you see it or how do you know that the officer during the revocation hearing maybe it's enough is enough without the officer saying I saw it or what the officers basis of knowledge was I want to confirm I understand your question your honor are you asking is it enough to support revocation or I think there's more than ample evidence if you removed even the informant statement that you're alluding to that it was mr. Murphy who sold the that statement from the record I still think there's adequate evidence here to support the revocation decision the facts I already laid out with respect to the tracker and the stash house among them but also the search of the stash house of which this officer who testified was involved where did the sale occur was it inside of a car that's that's not clearly set forth in the record your honor but I I think in part because of the the confidential nature of the informant but that is your honor admittedly not set forth clearly well if you're saying that Murphy would know who the CI was if you said that the CI had gotten into the car I think that's a real stretch I think Murphy probably does know who the CI was he sold to him twice and whatever but be so easy to just give us the information so we're not here sitting here struggling with this by nailing some things down at the hearing and instead we have a box of nails and no hammer it seems like I can appreciate the court's concern and I recognize the record could be more at more fully today I just ask you to clarify something in your brief page 32 it says officers observed Murphy selling crack cocaine on the record support for making that statement the record support your honor is is from the underlying police reports that I referenced that were included as attachments to the petition and those reports indicate that there were officers surveilling mr. Murphy and that when he received a call from the informant he traveled to the location particularly of the second controlled this is a pretty specific statement that's why I'm wondering officers observed Murphy selling crack cocaine on two occasions and that that sounds like a revocable that's if that's really what happened but I I need some help so you're you're you're relying on the police reports not something that officer Leatherman said if that's correct your honor there was no testimony at the I think if properly objected to some of the content of the police reports would qualify as hearsay on where they offered in evidence they were not they were already before the court your honor they were not admitted as exhibits in the context of the year was there any charging document that that again your honor to revisit our discussion the petition that in this setting that should be operative charging instrument is what's the document at volume one the document that doesn't say it's a charging document that's on its face it is unclear your honor I'll agree it's a bit it's labeled a petition for all right I don't want to belabor the point I just I was a document that says petition for revocation then there's nothing there that says that what does it allege what is the violation the violation your honor is of a mandatory condition of the defendant's supervised release and it alleges violation of mandatory condition now I'm quoting the defendant shall not commit another federal state or local crime and then it provides a identified violation again this is volume one page 31 of a summary so it never says by selling cocaine well your honor the narrative below the actual listed violation does say that on April 2nd 2018 Murphy was arrested by the Tulsa Police Department for the offense of trafficking cocaine in possession of firearm after conviction of felony it further specifies that Tulsa Police Officer Tim Wilson would testify that in March 2018 Tulsa Police Department conducted surveillance on Murphy after receiving information from a confidential source that Murphy was selling cocaine on April 2nd 2018 a search warrant was executed at the residence where Murphy was witness selling cocaine during a controlled transaction officers were able to retrieve evidence to support the criminal activity was occurring at said residence so to your questions vague I would agree your honor would you agree that officer at the revocation hearing failed to provide the court with good good cause not to call the CI or the non testifying officers with respect to the CI your honor I don't think the testimony was from mr. officer Leatherman but the United States we did it up the government answering the question the government as to the informant the good cause was established by the government's objection further this court and Cruz recognized that but but there was no explanation given for why the CI wasn't called there might be all kinds of good reasons not to call the CI but I didn't see anything that explained why he's working other cases put him in danger if we brought him in nothing and that was true that the officers to there's no no attempt to justify not bringing these witnesses in I think that's because your honor that the the issue was not presented to the court there would be you the confrontation was never asserted there the objection wasn't raised and brought to the court's attention which would have necessitated some showing by the government to to support the the good cause component I know your time's up but I understand your argument I think I said I'd give you a couple of minutes so I'll stick to my word thank you judge that the court had had some questions about what other offense conduct that was alleged might have been the basis for judge Frizzell's revocation and so I'm referencing at the record volume to document 173 page 44 through 45 which was the the revocation hearing right judge Frizzell said that found by a preponderance of preponderance the evidence that mr. Murphy did commit another federal straight or low or crime that mr. Murphy was involved in to control buys of cocaine now he goes on to say that he's not going to hold that my client was responsible for the bulk of cocaine at the have access to that house but ultimately I would argue to the court that the decision was made upon those two control buys which were only witnessed by and only proven by a confidential informant that I never had the opportunity to I never asserted but also never did have the opportunity to cross-examine so counsel do you agree that the police reports are part of the record for our review well the government didn't move it's it's like Oh judge Marion Apollo used to say at the are simply just pieces of tissue paper anybody can file anything it's only when it comes into evidence before it's before the court and have been admitted that it actually is worthy of coming before this court just like my lack of objection it's got to be admitted for this court to be able to review it so I appreciate the answers no I don't think it is sir I really don't thank you gentlemen appreciate your time thank you submitted counselor excused and return to the last case this morning before we turn to questions from students and the next case is United States versus Arterbury case 18 5085